# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MELISSA ACEVEDO,**

    **Plaintiff,**

v.

**Case No: 6:17-cv-1945-Orl-28DCI**

**SIMOES DAVILA, PLLC,**

    **Defendant.**

## ORDER

This case is before the Court on the Amended Joint Motion for Approval of Settlement Agreement (Doc. No. 31). The assigned United States Magistrate Judge has submitted a Report (Doc. 32) recommending that the motion be granted. No party has filed an objection to the Report and the time to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Amended Joint Motion for Approval of Settlement Agreement (Doc. No. 31) is **GRANTED**.

    3. The Court finds the Settlement Agreement (Doc. No. 31 at 6-11) to be a fair and reasonable settlement of Plaintiff's claim for unpaid overtime wages under the Fair Labor Standard Act.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on September 2\_\_, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties